IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DIATEK LICENSING LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>LEGO SYSTEM A/S,<br><br>      Defendant. | CIVIL ACTION<br><br>NO. 6:22-cv-1019<br><br>**Jury Trial Demanded** |

## NOTICE OF RELATED CASES

Pursuant to the Court's Standing Order Governing Proceedings (OGP) 4.2—Patent Cases, Plaintiff submits this Notice of Related Cases pending in federal court involving at least one patent asserted in this case (all cases listed below involve both patents asserted in this case).

1. *Diatek Licensing LLC v. AccuWeather, Inc.*, 1:21-cv-11144 (S.D.N.Y) (Hon. John P. Cronan)

2. *Diatek Licensing LLC v. DNV GL USA, Inc.*, 6:22-cv-562 (W.D. Tex.) (Hon. Alan D. Albright)

3. *Diatek Licensing LLC v. Estrella Media, Inc.*, 1:22-cv-3508 (S.D.N.Y.) (Hon. Lewis J. Liman)

4. *Diatek Licensing LLC v. Gray Television, Inc.*, 6:22-cv-700 (W.D. Tex.) (Hon. Alan D. Albright)

5. *Diatek Licensing LLC v. HDNet LLC*, 1:22-cv-566 (D. Del.) (Hon. Maryellen Noreika)

6.  *Diatek Licensing LLC v. Scripps Media, Inc.*, 6:22-cv-701 (W.D. Tex.) (Hon. Alan D. Albright)

7.  *Diatek Licensing LLC v. Six Flags Entertainment Corporation*, 6:22-cv-337 (W.D. Tex.) (Hon. Alan D. Albright)

This 30th day of September, 2022.

/s/ Cortney S. Alexander
Cortney S. Alexander
  cortneyalexander@kentrisley.com
  Tel:  (404) 855-3867
  Fax:  (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff